379 A.2d 610

Commonwealth v. Stanfield, Appellant.

Submitted September 22, 1976.  Charles C. Coyne, and Fell, Spalding, Goff & Rubin, for appellant; Robert C. Fogelnest, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.